RIDGWAY (LORILLARD v.). See Case No. 8,511.

———

## Case No. 11,818.

### RIDGWAY v. PANCOST.

[1 Cranch, C. C. 88.] [1]

Circuit Court, District of Columbia. April Term, 1802.

COURTS — JURISDICTIONAL AMOUNT — JOINDER OF CLAIMS—INSOLVENCY—ACTION BY INSOLVENT.

1. If two separate causes of action, amounting together to more than twenty dollars, be joined in one declaration, this court has jurisdiction, although neither amounts to twenty dollars.

2. The plaintiff may maintain the action, although discharged as an insolvent debtor, under the law of Virginia, since the cause of action accrued.

[Cited in Hellrigle v. Dulany, Case No. 6,343.]

Debt, on two promissory notes; one for twelve dollars, and the other for twenty dollars.

Mr. Swann, for defendant, objected that neither of the notes was large enough to support the jurisdiction of the court.

But THE COURT overruled the objection. He objected also that the plaintiff had been discharged as an insolvent debtor under the law of Virginia, since the cause of action accrued, whereby all his rights became vested in the sheriff.

Sed non allocatur. Both points were decided without argument.

———

RIDGWAY (POSTMASTER GENERAL v.). See Case No. 11,313.

RIDGWAY, The JACOB E. See Case No. 7,155.

———

[1] [Reported by Hon. William Cranch, Chief Judge.]